# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § § | |
| POREBSKI, AGNIESZKA J. | § § | Case No. 13-28631 |
| Debtor(s) | § § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on     . The undersigned trustee was appointed on          .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                     $

       Funds were disbursed in the following amounts:

       Payments made under an interim disbursement
       Administrative expenses
       Bank service fees
       Other payments to creditors
       Non-estate funds paid to 3rd Parties
       Exemptions paid to the debtor
       Other payments to the debtor

       Leaving a balance on hand of[1]                     $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/Robert B. Katz, Trustee_____
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| | | |
|---|---|---|
| Case No: | 13-28631   TB   Judge: TIMOTHY A. BARNES | Trustee Name: Robert B. Katz, Trustee |
| Case Name: | POREBSKI, AGNIESZKA J. | Date Filed (f) or Converted (c): 07/17/13 (f) |
| | | 341(a) Meeting Date: 09/04/13 |
| For Period Ending: | 05/16/14 | Claims Bar Date: 02/12/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. AUTOMOBILES AND OTHER VEHICLES | 24,000.00 | 12,000.00 | | 12,000.00 | FA |
| 2. SINGLE FAMILY HOME | 240,000.00 | 0.00 | | 0.00 | FA |
| 3. CASH | 50.00 | 0.00 | | 0.00 | FA |
| 4. CHECKING ACCOUNT | 780.00 | 0.00 | | 0.00 | FA |
| 5. HOUSEHOLD GOODS | 500.00 | 0.00 | | 0.00 | FA |
| 6. WEARING APPAREL | 300.00 | 0.00 | | 0.00 | FA |
| 7. JEWELRY | 100.00 | 0.00 | | 0.00 | FA |

|  |  |  |  |  |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $265,730.00 | $12,000.00 | | $12,000.00 | Gross Value of Remaining Assets $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

As a result of his investigation, Trustee identified an alleged and scheduled secured interest in debtor's automobile as
being unsecured. Settlement for trustee's interest was approved by the court for the sum of $12,000.

Initial Projected Date of Final Report (TFR): 12/31/14      Current Projected Date of Final Report (TFR): 12/31/14

LFORM1   UST Form 101-7-TFR (5/1/2011) *(Page: 3)*                                                                                   Ver: 17.05d

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 13-28631 -TB | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|
| Case Name: | POREBSKI, AGNIESZKA J. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7043  Checking Account |
| Taxpayer ID No: | *******3047 | | |
| For Period Ending: | 05/16/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/19/13 | 1 | Daniel Rozenstrauch DBA<br>Daniel Rozenstrauch & Assoc | | 1129-000 | 12,000.00 | | 12,000.00 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 11,990.00 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.82 | 11,972.18 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.08 | 11,956.10 |
| 04/01/14 | 010001 | International Sureties, Ltd<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | BOND PAYMENT | 2300-000 | | 13.27 | 11,942.83 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 12,000.00 | 57.17 | 11,942.83 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 12,000.00 | 57.17 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 12,000.00 | 57.17 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********7043 | 12,000.00 | 57.17 | 11,942.83 |
| | 12,000.00 | 57.17 | 11,942.83 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

/s/    Robert B. Katz, Trustee

Trustee's Signature: _____   Date: 05/16/14

Page Subtotals   12,000.00   57.17

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

LFORM24

Ver: 17.05d

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-28631 -TB | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|
| Case Name: | POREBSKI, AGNIESZKA J. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7043 Checking Account |
| Taxpayer ID No: | *******3047 | | |
| For Period Ending: | 05/16/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

ROBERT B. KATZ, TRUSTEE

| | | | | Page Subtotals | 0.00 | 0.00 | |

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: May 16, 2014 |

Case Number: 13-28631  
Debtor Name: POREBSKI, AGNIESZKA J.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | Robert B. Katz<br>53 West Jackson Blvd<br>Suite 1320<br>Chicago, IL 60604 | Administrative | | $1,950.00 | $0.00 | $1,950.00 |
| BOND 999<br>2300-00 | International Sureties, Ltd<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | Administrative | | $13.27 | $13.27 | $0.00 |
| 000001<br>070<br>UC | Cavalry SPV I, LLC as assignee of<br>Capital One NA/Best Buy<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595 | Unsecured | | $6,012.70 | $0.00 | $6,012.70 |
| 000002<br>070<br>UC | Commerce Bank<br>P O BOX 419248<br>KCREC-10<br>Kansas City, MO 64141-6248 | Unsecured | | $10,313.06 | $0.00 | $10,313.06 |
| 000003<br>070<br>UC | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $5,191.38 | $0.00 | $5,191.38 |
| 000004<br>070<br>UC | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $1,350.45 | $0.00 | $1,350.45 |
| 000005<br>070<br>UC | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $1,910.58 | $0.00 | $1,910.58 |
| 000006<br>070<br>UC | Capital Recovery V, LLC<br>c/o Recovery Management Systems<br>Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $4,173.00 | $0.00 | $4,173.00 |
| 000007<br>070<br>UC | JPMorgan Chase Bank NA<br>National Bankruptcy Dept<br>PO Box 29505 AZ1-1191<br>Phoenix, AZ 85038 | Unsecured | | $3,422.51 | $0.00 | $3,422.51 |
| 000008<br>070<br>UC | eCAST Settlement Corporation,<br>assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Unsecured | | $1,128.78 | $0.00 | $1,128.78 |

Page 2

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: May 16, 2014

Case Number: 13-28631
Debtor Name: POREBSKI, AGNIESZKA J.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000009 070 UC | Portfolio Recovery Associates, LLC successor to COMENITY BANK PO Box 41067 Norfolk, VA 23541 | Unsecured | | $1,561.48 | $0.00 | $1,561.48 |
| 000010 070 UC | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Unsecured | | $4,034.32 | $0.00 | $4,034.32 |
| 000011 080 7200-00 | Bozena Baraniak 4756 N Milwaukee Ave Chicago, IL 60630 | Unsecured | | $50,000.00 | $0.00 | $50,000.00 |
| | Case Totals: | | | $91,061.53 | $13.27 | $91,048.26 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-28631
Case Name: POREBSKI, AGNIESZKA J.
Trustee Name: Robert B. Katz, Trustee

Balance on hand                                                       $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Robert B. Katz, Trustee | $ | $ | $ |
| Other: International Sureties, Ltd | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses           $_____

Remaining Balance                                                 $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Cavalry SPV I, LLC as assignee of | $ | $ | $ |
| 000002 | Commerce Bank | $ | $ | $ |
| 000003 | Discover Bank | $ | $ | $ |
| 000004 | Quantum3 Group LLC as agent for | $ | $ | $ |
| 000005 | Capital One, N.A. | $ | $ | $ |
| 000006 | Capital Recovery V, LLC | $ | $ | $ |
| 000007 | JPMorgan Chase Bank NA | $ | $ | $ |
| 000008 | eCAST Settlement Corporation, assignee | $ | $ | $ |
| 000009 | Portfolio Recovery Associates, LLC | $ | $ | $ |
| 000010 | PYOD, LLC its successors and assigns as assignee | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance          $_____

Tardily filed claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | Bozena Baraniak | $ | $ | $ |

Total to be paid to tardy general unsecured creditors    $_____

Remaining Balance    $_____


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE