## UNITED STATES BANKRUPTCY COURT
### NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| POREBSKI, AGNIESZKA J. | § | Case No. 13-28631 |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Robert B. Katz, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 06/25/2014 in Courtroom 613,

219 S. Dearborn St.
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: _____

*Robert B. Katz, Trustee*
*53 West Jackson Boulevard*
*Suite 1320*
*Chicago, IL 60604*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| POREBSKI, AGNIESZKA J. | § | Case No. 13-28631 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 12,000.00 |
| and approved disbursements of | $ | 57.17 |
| leaving a balance on hand of[1] | $ | 11,942.83 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Robert B. Katz, Trustee | $ 1,950.00 | $ 0.00 | $ 1,950.00 |
| Other: International Sureties, Ltd | $ 13.27 | $ 13.27 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 1,950.00 |
| Remaining Balance | $ | 9,992.83 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 39,098.26  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 25.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Cavalry SPV I, LLC as assignee of | $        6,012.70 | $         0.00 | $       1,536.74 |
| 000002 | Commerce Bank | $      10,313.06 | $         0.00 | $       2,635.84 |
| 000003 | Discover Bank | $        5,191.38 | $         0.00 | $       1,326.83 |
| 000004 | Quantum3 Group LLC as agent for | $        1,350.45 | $         0.00 | $         345.15 |
| 000005 | Capital One, N.A. | $        1,910.58 | $         0.00 | $         488.31 |
| 000006 | Capital Recovery V, LLC | $        4,173.00 | $         0.00 | $       1,066.55 |
| 000007 | JPMorgan Chase Bank NA | $        3,422.51 | $         0.00 | $         874.73 |
| 000008 | eCAST Settlement Corporation, assignee | $        1,128.78 | $         0.00 | $         288.50 |
| 000009 | Portfolio Recovery Associates, LLC | $        1,561.48 | $         0.00 | $         399.08 |
| 000010 | PYOD, LLC its successors and assigns as assignee | $        4,034.32 | $         0.00 | $       1,031.10 |

Total to be paid to timely general unsecured creditors       $               9,992.83

Remaining Balance       $                    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 50,000.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|-----------|----------|-------------------------|-------------------------|------------------|
| 000011 | Bozena Baraniak | $          50,000.00 | $          0.00 | $          0.00 |

|  |  |  |
|--|--|--|
| Total to be paid to tardy general unsecured creditors | $ | 0.00 |
| Remaining Balance | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ _____

*Robert B. Katz, Trustee*
*53 West Jackson Boulevard*
*Suite 1320*
*Chicago, IL 60604*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 13-28631-TAB
Agnieszka J. Porebski                                                     Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dwilliams          Page 1 of 2          Date Rcvd: May 23, 2014
                             Form ID: pdf006           Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2014.
db         +Agnieszka J. Porebski,   85 Westfield,   Des Plaines, IL 60018-1255
20740734   +Advanced Radiolody,   520 E. 22nd Street,   Lombard, IL 60148-6110
20740732    Advocate Health Care,   P O Box 4249,   Carol Stream, IL 60197-4249
21115948   +Barbara Baraniak,   742 E Sunset,   Lombard, IL 60148-1925
20740731    Best Buy,   P O Box 17298,   Baltimore, MD 21297-1298
20740724   +++Bozena Baraniak,   4756 N Milwaukee Ave,   Chicago, IL 60630-3629
21115946   ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
            (address filed with court: Citi Cards,   POB 182564,   Columbus, OH 43218-2564)
21271064    Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
21218005   +++Cavalry SPV I, LLC as assignee of,   Capital One NA/Best Buy,   500 Summit Lake Drive, Ste 400,
             Valhalla, NY 10595-1340
20740725    Chase,   P O Box 15153,   Wilmington, DE 19886-5153
20740718    Chase,   P O Box 9001871,   Louiville, KY 40290-1871
20740721    Citi,   Processing Center,   Des Moines, IA 50363-0001
21115945    Citi Cards,   Processing Center,   Des Moines, IA 50363-0001
20740723    Harris, N.A.,   P O Box 6290,   Carol Stream, IL 60197-6290
21458898   +++JPMorgan Chase Bank NA,   National Bankruptcy Dept,   PO Box 29505 AZ1-1191,
             Phoenix, AZ 85038-9505
21115947    Lane Bryant,   POB 659728,   San Antonio, TX 78265-9728
20740733    Leading Edge Recovery Solutions,   P O Box 2330,   Schiller Park, IL 60176-0330
20740727    Lyne Bryant,   P O Box 659728,   San Antonio, TX 78265-9728
21496452   ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
            (address filed with court: Portfolio Recovery Associates, LLC,   successor to COMENITY BANK,
             PO Box 41067,   Norfolk, VA 23541)
20740720   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
            (address filed with court: US Bank,   P O Box 790408,   St. Louis MO 63179-0408)
20740728    Victoria Secret,   P O Box 659728,   San Antonio, TX 78265-9728
21476481    eCAST Settlement Corporation, assignee,   of Chase Bank USA, N.A.,   POB 29262,
             New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21458746    E-mail/PDF: rmscedi@recoverycorp.com May 24 2014 00:20:05   Capital Recovery V, LLC,
             c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
20740735   +E-mail/Text: bk.notifications@jpmchase.com May 24 2014 00:17:01   Chase Auto Finance,
             P O Box 9001083,   Louisville, KY 40290-1083
20740726    E-mail/Text: bankruptcy@commercebank.com May 24 2014 00:17:28   Commerce Bank,   P O Box 806000,
             Kansas City, MO 64180-6000
21222345    E-mail/Text: bankruptcy@commercebank.com May 24 2014 00:17:28   Commerce Bank,   P O BOX 419248,
             KCREC-10,   Kansas City, MO 64141-6248
20740719    E-mail/PDF: mrdiscen@discoverfinancial.com May 24 2014 00:22:07   Discover,   P O Box 6103,
             Carol Sream, IL 60197-6103
21225342    E-mail/PDF: mrdiscen@discoverfinancial.com May 24 2014 00:22:07   Discover Bank,
             DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
20740729    E-mail/Text: bnckohlsnotices@becket-lee.com May 24 2014 00:16:42   Kohl's,   P O Box 2983,
             MIlwaukee, WI 53201-2983
21500582   +E-mail/PDF: resurgentbknotifications@resurgent.com May 24 2014 00:19:27
             PYOD, LLC its successors and assigns as assignee,   of Citibank, N.A.,
             Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
21236666    E-mail/Text: bnc-quantum@quantum3group.com May 24 2014 00:17:14
             Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA 98083-0788
20740730    E-mail/PDF: gecsedi@recoverycorp.com May 24 2014 00:22:13   Sam's Club,   P O Box 530942,
             Atlanta, GA 30353-0942
                                                                              TOTAL: 10


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20740722*  ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
            (address filed with court: Home Depot,   P O Box 182676,   Columbus, OH 43218-2676)
                                                          TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

```
District/off: 0752-1          User: dwilliams          Page 2 of 2            Date Rcvd: May 23, 2014
                              Form ID: pdf006          Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2014                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2014 at the address(es) listed below:
          Alex  Rozenstrauch  on behalf of Debtor Agnieszka J. Porebski drozenstra@sbcglobal.net,
          alexroz-ecf@sbcglobal.net
          David  Brown, ESQ   on behalf of Trustee Robert B Katz, ESQ dbrown@springerbrown.com,
          jkrafcisin@springerbrown.com
          Jill A Luetkenhaus   on behalf of Creditor    JPMorgan Chase Bank, National Association
          jluetkenhaus@fisherandshapirolaw.com,  bk_il_notice@fisherandshapirolaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Robert B Katz, ESQ    on behalf of Trustee Robert B Katz, ESQ rkatztrustee@gmail.com,
          rkatz@ecf.epiqsystems.com
          Robert B Katz, ESQ    rkatztrustee@gmail.com,  rkatz@ecf.epiqsystems.com
                                                                            TOTAL: 6
```