# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                    §
                                          §
POREBSKI, AGNIESZKA J.                     §        Case No. 13-28631
                                          §
            Debtor(s)                      §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Robert B. Katz, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $                from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter    on             .  The case was pending for     months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Robert B. Katz, Trustee _____

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROBERT B. KATZ | | | | | |
| INTERNATIONAL SURETIES, LTD | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | CAPITAL ONE, N.A. | | | | | |
| 000006 | CAPITAL RECOVERY V, LLC | | | | | |
| 000001 | CAVALRY SPV I, LLC AS ASSIGNEE OF | | | | | |
| 000002 | COMMERCE BANK | | | | | |
| 000003 | DISCOVER BANK | | | | | |
| 000008 | ECAST SETTLEMENT CORPORATION, ASSIG | | | | | |
| 000007 | JPMORGAN CHASE BANK NA | | | | | |
| 000009 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000010 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| 000004 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| 000011 | BOZENA BARANIAK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

Case No:   13-28631   TB   Judge: TIMOTHY A. BARNES

Case Name:   POREBSKI, AGNIESZKA J.

For Period Ending:   08/12/14

Trustee Name:   Robert B. Katz, Trustee

Date Filed (f) or Converted (c):   07/17/13 (f)

341(a) Meeting Date:   09/04/13

Claims Bar Date:   02/12/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. AUTOMOBILES AND OTHER VEHICLES | 24,000.00 | 12,000.00 | | 12,000.00 | FA |
| 2. SINGLE FAMILY HOME | 240,000.00 | 0.00 | | 0.00 | FA |
| 3. CASH | 50.00 | 0.00 | | 0.00 | FA |
| 4. CHECKING ACCOUNT | 780.00 | 0.00 | | 0.00 | FA |
| 5. HOUSEHOLD GOODS | 500.00 | 0.00 | | 0.00 | FA |
| 6. WEARING APPAREL | 300.00 | 0.00 | | 0.00 | FA |
| 7. JEWELRY | 100.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $265,730.00   $12,000.00   $12,000.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

As a result of his investigation, Trustee identified an alleged and scheduled secured interest in debtor's automobile as being unsecured. Settlement for trustee's interest was approved by the court for the sum of $12,000.

Trustee's clerk printed the incorrect amount to be paid in on checks 010001 - 010013, on which payments had to be reversed.

Initial Projected Date of Final Report (TFR): 12/31/14     Current Projected Date of Final Report (TFR): 12/31/14

FORM 2   Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 13-28631  -TB | | | Trustee Name: | Robert B. Katz, Trustee | |
| Case Name: | POREBSKI, AGNIESZKA J. | | | Bank Name: | ASSOCIATED BANK | |
| | | | | Account Number / CD #: | *******7043  Checking Account | |
| Taxpayer ID No: | *******3047 | | | | | |
| For Period Ending: | 08/12/14 | | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/19/13 | 1 | Daniel Rozenstrauch DBA<br>Daniel Rozenstrauch & Assoc | | 1129-000 | 12,000.00 | | 12,000.00 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 11,990.00 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.82 | 11,972.18 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.08 | 11,956.10 |
| 04/01/14 | 010001 | International Sureties, Ltd<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | BOND PAYMENT | 2300-000 | | 13.27 | 11,942.83 |
| * 06/27/14 | 010002 | Robert B. Katz<br>53 West Jackson Blvd<br>Suite 1320<br>Chicago, IL 60604 | Trustee Compensation | 2100-003 | | 1,950.00 | 9,992.83 |
| * 06/27/14 | 010002 | Robert B. Katz<br>53 West Jackson Blvd<br>Suite 1320<br>Chicago, IL 60604 | Trustee Compensation | 2100-003 | | -1,950.00 | 11,942.83 |
| * 06/27/14 | 010003 | ROBERT B. KATZ<br>53 W. Jackson<br>Suite 1320<br>Chicago, IL  60604 | Chapter 7 Compensation/Fees | 2100-003 | | 1,950.00 | 9,992.83 |
| * 06/27/14 | 010003 | ROBERT B. KATZ<br>53 W. Jackson<br>Suite 1320<br>Chicago, IL  60604 | Chapter 7 Compensation/Fees | 2100-003 | | -1,950.00 | 11,942.83 |
| * 06/27/14 | 010004 | Cavalry SPV I, LLC as assignee of<br>Capital One NA/Best Buy<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595 | Claim 000001, Payment 20.57079% | 7100-003 | | 1,236.86 | 10,705.97 |

| | | |
|---|---|---|
| Page Subtotals | 12,000.00 | 1,294.03 |

Ver: 18.00b

FORM 2                                                                                                          Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                              Exhibit 9

| Case No: | 13-28631  -TB |
| Case Name: | POREBSKI, AGNIESZKA J. |

Taxpayer ID No: *******3047
For Period Ending: 08/12/14

Trustee Name:     Robert B. Katz, Trustee
Bank Name:        ASSOCIATED BANK
Account Number / CD #:     *******7043  Checking Account

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 06/27/14 | 010004 | Cavalry SPV I, LLC as assignee of Capital One NA/Best Buy 500 Summit Lake Drive, Ste 400 Valhalla, NY 10595 | Claim 000001, Payment 20.57079% | 7100-003 | | -1,236.86 | 11,942.83 |
| * 06/27/14 | 010005 | Commerce Bank P O BOX 419248 KCREC-10 Kansas City, MO 64141-6248 | Claim 000002, Payment 20.57081% | 7100-003 | | 2,121.48 | 9,821.35 |
| * 06/27/14 | 010005 | Commerce Bank P O BOX 419248 KCREC-10 Kansas City, MO 64141-6248 | Claim 000002, Payment 20.57081% | 7100-003 | | -2,121.48 | 11,942.83 |
| * 06/27/14 | 010006 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | Claim 000003, Payment 20.57083% | 7100-003 | | 1,067.91 | 10,874.92 |
| * 06/27/14 | 010006 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | Claim 000003, Payment 20.57083% | 7100-003 | | -1,067.91 | 11,942.83 |
| * 06/27/14 | 010007 | Quantum3 Group LLC as agent for Comenity Bank PO Box 788 Kirkland, WA 98083-0788 | Claim 000004, Payment 20.57092% | 7100-003 | | 277.80 | 11,665.03 |
| * 06/27/14 | 010007 | Quantum3 Group LLC as agent for Comenity Bank PO Box 788 Kirkland, WA 98083-0788 | Claim 000004, Payment 20.57092% | 7100-003 | | -277.80 | 11,942.83 |
| * 06/27/14 | 010008 | Capital One, N.A. c o Becket and Lee LLP | Claim 000005, Payment 20.57072% | 7100-003 | | 393.02 | 11,549.81 |

Page Subtotals                0.00          -843.84

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*                                                                       Ver: 18.00b

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-28631  -TB |
| Case Name: | POREBSKI, AGNIESZKA J. |

| Taxpayer ID No: | *******3047 |
| For Period Ending: | 08/12/14 |

| Trustee Name: | Robert B. Katz, Trustee |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7043  Checking Account |

| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 06/27/14 | 010008 | POB 3001<br>Malvern, PA 19355-0701<br>Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000005, Payment 20.57072% | 7100-003 | | -393.02 | 11,942.83 |
| * 06/27/14 | 010009 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000006, Payment 20.57081% | 7100-003 | | 858.42 | 11,084.41 |
| * 06/27/14 | 010009 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000006, Payment 20.57081% | 7100-003 | | -858.42 | 11,942.83 |
| * 06/27/14 | 010010 | JPMorgan Chase Bank NA<br>National Bankruptcy Dept<br>PO Box 29505 AZ1-1191<br>Phoenix, AZ 85038 | Claim 000007, Payment 20.57087% | 7100-003 | | 704.04 | 11,238.79 |
| * 06/27/14 | 010010 | JPMorgan Chase Bank NA<br>National Bankruptcy Dept<br>PO Box 29505 AZ1-1191<br>Phoenix, AZ 85038 | Claim 000007, Payment 20.57087% | 7100-003 | | -704.04 | 11,942.83 |
| * 06/27/14 | 010011 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Claim 000008, Payment 20.57088% | 7100-003 | | 232.20 | 11,710.63 |
| * 06/27/14 | 010011 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Claim 000008, Payment 20.57088% | 7100-003 | | -232.20 | 11,942.83 |

| | | | Page Subtotals | | 0.00 | -393.02 | |

Ver: 18.00b

FORM 2                                                                                                    Page:  4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                        Exhibit 9

| | | |
|---|---|---|
| Case No: | 13-28631  -TB | Trustee Name:     Robert B. Katz, Trustee |
| Case Name: | POREBSKI, AGNIESZKA J. | Bank Name:        ASSOCIATED BANK |
| | | Account Number / CD #:  *******7043  Checking Account |
| Taxpayer ID No: | *******3047 | |
| For Period Ending: | 08/12/14 | Blanket Bond (per case limit):  $  5,000,000.00 |
| | | Separate Bond (if applicable): |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * | 06/27/14 | 010012 | Portfolio Recovery Associates, LLC<br>successor to COMENITY BANK<br>PO Box 41067<br>Norfolk, VA 23541 | Claim 000009, Payment 20.57087% | 7100-003 | | 321.21 | 11,621.62 |
| * | 06/27/14 | 010012 | Portfolio Recovery Associates, LLC<br>successor to COMENITY BANK<br>PO Box 41067<br>Norfolk, VA 23541 | Claim 000009, Payment 20.57087% | 7100-003 | | -321.21 | 11,942.83 |
| * | 06/27/14 | 010013 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000010, Payment 20.57075% | 7100-003 | | 829.89 | 11,112.94 |
| * | 06/27/14 | 010013 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000010, Payment 20.57075% | 7100-003 | | -829.89 | 11,942.83 |
| | 06/27/14 | 010014 | Robert B. Katz<br>53 West Jackson Blvd<br>Suite 1320<br>Chicago, IL 60604 | Trustee Compensation | 2100-000 | | 1,950.00 | 9,992.83 |
| | 06/27/14 | 010015 | Cavalry SPV I, LLC as assignee of<br>Capital One NA/Best Buy<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595 | Claim 000001, Payment 25.55824% | 7100-000 | | 1,536.74 | 8,456.09 |
| | 06/27/14 | 010016 | Commerce Bank<br>P O BOX 419248<br>KCREC-10<br>Kansas City, MO 64141-6248 | Claim 000002, Payment 25.55827% | 7100-000 | | 2,635.84 | 5,820.25 |

|  | Page Subtotals | 0.00 | 6,122.58 |
|---|---|---|---|

Ver: 18.00b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

Page:   5

**Exhibit 9**

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-28631 -TB | | Trustee Name: | Robert B. Katz, Trustee |
| Case Name: | POREBSKI, AGNIESZKA J. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******7043  Checking Account |
| Taxpayer ID No: | *******3047 | | | |
| For Period Ending: | 08/12/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/27/14 | 010017 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | Claim 000003, Payment 25.55833% | 7100-000 | | 1,326.83 | 4,493.42 |
| 06/27/14 | 010018 | Quantum3 Group LLC as agent for Comenity Bank PO Box 788 Kirkland, WA 98083-0788 | Claim 000004, Payment 25.55815% | 7100-000 | | 345.15 | 4,148.27 |
| 06/27/14 | 010019 | Capital One, N.A. c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Claim 000005, Payment 25.55821% | 7100-000 | | 488.31 | 3,659.96 |
| 06/27/14 | 010020 | Capital Recovery V, LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | Claim 000006, Payment 25.55835% | 7100-000 | | 1,066.55 | 2,593.41 |
| 06/27/14 | 010021 | JPMorgan Chase Bank NA National Bankruptcy Dept PO Box 29505 AZ1-1191 Phoenix, AZ 85038 | Claim 000007, Payment 25.55814% | 7100-000 | | 874.73 | 1,718.68 |
| 06/27/14 | 010022 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. POB 29262 New York, NY 10087-9262 | Claim 000008, Payment 25.55857% | 7100-000 | | 288.50 | 1,430.18 |
| 06/27/14 | 010023 | Portfolio Recovery Associates, LLC successor to COMENITY BANK PO Box 41067 Norfolk, VA 23541 | Claim 000009, Payment 25.55780% | 7100-000 | | 399.08 | 1,031.10 |
| 06/27/14 | 010024 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. | Claim 000010, Payment 25.55821% | 7100-000 | | 1,031.10 | 0.00 |

|  |  | Page Subtotals | | | 0.00 | 5,820.25 | |

Ver: 18.00b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

Page:   6

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:          13-28631  -TB
Case Name:     POREBSKI, AGNIESZKA J.

Taxpayer ID No:   *******3047
For Period Ending:  08/12/14

Trustee Name:          Robert B. Katz, Trustee
Bank Name:             ASSOCIATED BANK
Account Number / CD #:    *******7043  Checking Account

Blanket Bond (per case limit):   $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | | | | | |

|  | | Deposits | Disbursements | Balance |
|---|---|---|---|---|
| COLUMN TOTALS | | 12,000.00 | 12,000.00 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| Subtotal | | 12,000.00 | 12,000.00 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 12,000.00 | 12,000.00 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - ********7043 | 12,000.00 | 12,000.00 | 0.00 |
|  | 12,000.00 | 12,000.00 | 0.00 |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature: _____/s/_____Robert B. Katz, Trustee_____   Date: 08/12/14
ROBERT B. KATZ, TRUSTEE

Page Subtotals                        0.00                  0.00

Ver: 18.00b